THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JOSE ADOLFO VARILLAS-VIRULA,<br><br>  Defendant. | CASE NO. CR15-0299-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant Jose Adolfo Varillas-Virula's unopposed Motion for an Extension of Time to Indict (Dkt. No. 14) and his Waiver of Speedy Indictment (Dkt. No. 15). The Court finds that it would be unreasonable to require the filing of an indictment within the period required by statute because of the need for further investigation, research, and advising of Mr. Varillas-Virula and the interest of justice is served by granting an extension to afford counsel reasonable time necessary for effective preparation and advising Mr. Varillas-Virula. The government does not oppose the request to extend the indictment deadline from September 24, 2015, to November 25, 2015.

Accordingly, it is ORDERED that the date on or before an indictment must be filed is extended to November 25, 2015.

1      DATED this 16 day of September 2015.

2

                        William M. McCool

3                          Clerk of Court

4                          s/Rhonda Stiles

5                          Deputy Clerk

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26